THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JACK NORTHRUP, Defendant-Appellant.

(No. 12222;

Fourth District—December 6, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, Deputy Defender, of Springfield, for appellant.

No appearance for the People.